BENDET ISAACS, Respondent, *v.* JACOB COHN et al., Appellants.

*Isaacs* v. *Cohn*, 10 App. Div. 216, affirmed.
(Argued January 26, 1900; decided February 13, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered respectively November 25, 1896, and November 24, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*J. Murray Downs* for appellants.

*David Bandler* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ELISE HAUSSKNECHT, Respondent, *v.* HOWARD M. SMITH, Appellant.

*Haussknecht* v. *Smith*, 11 App. Div. 185, affirmed.
(Submitted January 29, 1900; decided February 13, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Benjamin Estes* for appellant.

*William J. Courtney* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, and WERNER, JJ. Not sitting: CULLEN, J.